
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY D. LAZA | § | CASE NO. 18-60485 |
| SSN: XXX-XX-2094 | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### ORDER AUTHORIZING ABANDONMENT OF PROPERTY BY MICHELLE CHOW, CHAPTER 7 TRUSTEE

**ON THIS DAY CAME ON TO BE CONSIDERED** the Notice of Trustee's Intention to Abandon Property (the "Notice of Intent") filed by Michelle Chow, Chapter 7 Trustee, which identified certain property which, in the Trustee's opinion, is either burdensome or of inconsequential value and benefit to the above-referenced bankruptcy estate. The Court finds that the Notice of Intent was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language pursuant to Local Rule of Bankruptcy Procedure 6007(b). The Court further finds that no objection or other response to the Notice of Intent has been timely filed and, thus the allegations contained in the Notice of Intent stand unopposed and, accordingly, good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the immediate abandonment of the following property is hereby authorized:

i) All of Debtor's rights, if any, in the lawsuit *City of Palestine v. Jerry Laza*, *Case No. DCCV16-356-349*, in the 349th District Court, Anderson County, Texas("Anderson County Lawsuit") and judgment entered therein (the "Judgment for Civil Penalties");

ii) All of Debtor's rights related to the Abstract of Judgment filed related to the Anderson County Lawsuit and Judgment for Civil Penalties, if any;

iii) All of Debtor's rights, if any, in Case No. 06-18-00051, Court of Appeals, Sixth Appellate District, State of Texas ("Appeal"), where Debtor appealed the Judgment for Civil Penalties to the Court of Appeals;

iv) All of Debtor's rights, if any, in Case No. 17-CV-00533, *Laza v. City of Palestine,* in the United States District Court for the Eastern District of Texas, Tyler Division, (the "Federal Lawsuit");

v) Claim against Sam Roeber to avoid the transfer of real property more fully described in a February 15, 2019, Substitute Trustee's Deed recorded in Anderson County, Texas (the "Trustee's Deed").

vi) Claim against Sam Roeber to avoid the transfer of real property more fully described in a February 1, 2018 General Warranty Deed from the Debtor to Sam Roeber recorded in Anderson County, Texas (the "Roeber Deed").

vii) Claim against Rebecca Harris to avoid the transfer of real property more fully described in a November 2, 2017 General Warranty Deed from the Debtor to Rebecca Harris (the Harris Deed").

viii) All property, whether real or personal, listed in Debtor's bankruptcy schedules or recovered during the bankruptcy, **save and except** the settlement proceeds in the amount of $260,000.00 paid by Jerry D. Laza pursuant to that certain Settlement Agreement, approved by this Court on August 31, 2020, Docket #67 ("Settlement Proceeds").

**IT IS FURTHER ORDERED** that the Settlement Proceeds are not abandoned and remain subject to the Trustee's administration.

Signed on 09/30/2020

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE