
# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-60485 BP |
|     JERRY D. LAZA | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |
| | § | |

## ORDER APPROVING TRUSTEES' APPLICATION
## FOR COMPENSATION AND EXPENSES

    The court has considered the Application for Trustee's Compensation and expenses ("Application") in which Michelle H. Chow, the chapter 7 trustee for the estate requests total compensation in the amount of $16,250.75, split between The Estate of Jason Searcy of $8,125.75 and Michelle Chow of $8,125.00 and reimbursement of expenses in the amount of $252.35 for Michelle Chow. The Court having determined that the request for compensation and expenses should be granted, it is

    ORDERED that Trustee's Application is granted, it is further

    ORDERED that total compensation in the amount of $16,250.75 is allowed and split between the former and successor trustees; it is further

    ORDERED that compensation in the amount of $8,125.75 is allowed for The Estate of Jason Searcy; it is further

    ORDERED that compensation in the amount of $8,125.00 is allowed for Michelle Chow; it is further

    ORDERED that reimbursement of expenses in the amount of $252.35 is allowed for Michelle Chow; and it is further

    ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee Michelle Chow shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

Signed on 3/15/2021

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE