
03/15/2021

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-60485 BP |
| JERRY D. LAZA | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |
| | § | |

## ORDER APPROVING TRUSTEES' APPLICATION
## FOR COMPENSATION AND EXPENSES

The court has considered the Application for Trustee's Compensation and expenses ("Application") in which Michelle H. Chow, the chapter 7 trustee for the estate requests total compensation in the amount of $16,250.75, split between The Estate of Jason Searcy of $8,125.75 and Michelle Chow of $8,125.00 and reimbursement of expenses in the amount of $252.35 for Michelle Chow. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that total compensation in the amount of $16,250.75 is allowed and split between the former and successor trustees; it is further

ORDERED that compensation in the amount of $8,125.75 is allowed for The Estate of Jason Searcy; it is further

ORDERED that compensation in the amount of $8,125.00 is allowed for Michelle Chow; it is further

ORDERED that reimbursement of expenses in the amount of $252.35 is allowed for Michelle Chow; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee Michelle Chow shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

Signed on 3/15/2021

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 18-60485-btr |
| Jerry D. Laza | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf400 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry D. Laza, 1101 W. Oak St., Palestine, TX 75801-3471 |
| cr | + | JPMorgan Chase Bank, N.A., Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P O Box 17933, San Diego, CA 92177-7921 |
| sp | | Searcy & Searcy, P.C., P. O. Box 3929, Longview, TX 75606-3929 |
| cr | + | Southside Bank, c/o Charles E. Lauffer, Jr., Two American Center, 821 ESE Loop 323, Suite 530, Tyler, TX 75701-9779 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | City of Palestine, Texas |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alonzo Z. Casas | on behalf of Creditor JPMorgan Chase Bank N.A. ecftxeb@aldridgepite.com, ACasas@ecf.inforuptcy.com |
| Callan Clark Searcy | on behalf of Trustee Michelle Chow callan@searcyfirm.com ecf@searcyfirm.com |
| Callan Clark Searcy | on behalf of Spec. Counsel Searcy & Searcy P.C. callan@searcyfirm.com, ecf@searcyfirm.com |

| Name | Details |
|---|---|
| Callan Clark Searcy | on behalf of Plaintiff Jason R Searcy callan@searcyfirm.com ecf@searcyfirm.com |
| Charles E. Lauffer, Jr. | on behalf of Creditor Southside Bank raeannr@rllawfirm.net |
| Glen E. Patrick | on behalf of Creditor City of Palestine Texas sherry@patricklawoffices.com |
| Michelle Chow | chowtrustee@gmail.com mchow@iq7technology.com;ecf.alert+Chow@titlexi.com |
| Michelle Chow | on behalf of Trustee Michelle Chow chowtrustee@gmail.com mchow@iq7technology.com;ecf.alert+Chow@titlexi.com |
| Ronald D. Stutes | on behalf of Creditor City of Palestine Texas ronstutes@potterminton.com, lindaslayter@potterminton.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William H. Lively, Jr. | on behalf of Debtor Jerry D. Laza williamhlivelyjr@yahoo.com livelylawoffice@yahoo.com |

TOTAL: 11