# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

In re:     JERRY D. LAZA                    §    Case No. 18-60485
                                                                §
                                                                  §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Michelle H. Chow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $144,700.00 *(without deducting any secured claims)* | Assets Exempt: $1,500.00 |
| Total Distribution to Claimants: $205,202.87 | Claims Discharged Without Payment: $235,793.19 |
| Total Expenses of Administration: $54,812.13 | |

     3) Total gross receipts of $260,015.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $260,015.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 334,540.00 | 25,163.78 | 25,163.78 | 25,163.78 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 54,812.13 | 54,812.13 | 54,812.13 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 383.69 | 383.69 | 383.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 184,692.00 | 230,756.59 | 230,756.59 | 179,655.40 |
| **TOTAL DISBURSEMENTS** | **$519,232.00** | **$311,116.19** | **$311,116.19** | **$260,015.00** |

4) This case was originally filed under Chapter 7 on 08/02/2018. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2021  By: /s/ Michelle H. Chow
                                            Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT WITH J. LAZA | 1249-000 | 260,015.00 |
| **TOTAL GROSS RECEIPTS** | | **$260,015.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001A | Southside Bank | 4210-000 | 0.00 | 24,113.78 | 24,113.78 | 24,113.78 |
| 2A | City of Palestine | 4210-000 | 0.00 | 1,050.00 | 1,050.00 | 1,050.00 |
| NOTFILED | First Bank & Trust Eas | 4210-000 | 4,540.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Bank & Trust Eas | 4210-000 | 80,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sam Roeber | 4210-000 | 250,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$334,540.00** | **$25,163.78** | **$25,163.78** | **$25,163.78** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michelle Chow | 2100-000 | N/A | 8,125.00 | 8,125.00 | 8,125.00 |
| Estate of Jason Searcy | 2100-000 | N/A | 8,125.75 | 8,125.75 | 8,125.75 |
| Michelle H. Chow | 2200-000 | N/A | 252.35 | 252.35 | 252.35 |
| Searcy & Searcy | 3210-000 | N/A | 37,700.00 | 37,700.00 | 37,700.00 |
| Searcy & Searcy | 3220-000 | N/A | 221.14 | 221.14 | 221.14 |
| Bank and Technology Fees | 2600-000 | N/A | 387.89 | 387.89 | 387.89 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | N/A | $54,812.13 | $54,812.13 | $54,812.13 |
|---|---|---|---|---|

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | IRS | 5800-000 | 0.00 | 383.69 | 383.69 | 383.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$383.69** | **$383.69** | **$383.69** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001B | Southside Bank | 7100-000 | 0.00 | 61,443.51 | 61,443.51 | 47,836.81 |
| 2B | City of Palestine | 7100-000 | N/A | 166,038.60 | 166,038.60 | 129,269.25 |
| 4 | LVNV Funding, LLC | 7100-000 | 0.00 | 3,274.48 | 3,274.48 | 2,549.34 |
| NOTFILED | Bank of America | 7100-000 | 1,544.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 4,993.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ronald Stutes | 7100-000 | 163,155.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$184,692.00** | **$230,756.59** | **$230,756.59** | **$179,655.40** |

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-60485 BP
**Case Name:** JERRY D. LAZA
**Period Ending:** 05/14/21

**Trustee:** Michelle H. Chow
**Filed (f) or Converted (c):** 08/02/18 (f)
**§341(a) Meeting Date:** 09/07/18
**Claims Bar Date:** 11/14/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1125 W. OAK, PALESTINE, TX 75801<br>Per Debtor's original schedules 08/23/18 #8.<br>Debtor selects TEXAS PROPERTY CODE EXEMPTIONS<br>Creditor filed Motion for Relief from Stay 11/28/18 #41; Order granted 12/17/18 #42. Trustee does not administer. | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1986 GEO TRACKER<br>Per original schedules 08/23/18 #8. Lien held by Schedule D creditor Sam Roeber. | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1980 JEEP CJ7<br>Per Debtor's original schedules 08/23/18 #8.<br>Lien held by Schedule D creditor Sam Roeber. | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1998 FORD EXPEDITION<br>Per original schedules 08/23/18 #8.<br>Lien held by Schedule D creditor Sam Roeber | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1980 GENERAL SEMI TRUCK AND TRAILER<br>Per original schedules 08/23/18 #8.<br>Lien held by Schedule D creditor Sam Roeber. | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2006 CHINESE SCOOTER<br>Per original schedules 08/23/18 #8.<br>Lien held by Schedule D creditor Sam Roeber. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2002 CHEVROLET TRUCK<br>Per original schedules 08/23/18 #8, claimed as exempt but zero value. Creditor filed Motion for Relief from Stay 11/28/18 #41, Order granted 12/17/18 #42. | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1988 CHEVROLET CORVETTE CONVERTIBLE<br>Per original schedules 08/23/18 #8.<br>Motion for Relief from stay filed 11/28/18 #41. Order granted 12/17/18 #42. | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 HARLEY DAVIDSON CLASSIC<br>Per original schedules 08/23/18 #8.<br>Motion for relief from stay filed 11/28/18 #41, Order granted 12/17/18 #42. | 12,000.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNITURE<br>Per original schedules 08/23/18 #8, fully exempted. | 500.00 | 0.00 | | 0.00 | FA |
| 11 | ELECTRONICS - TVS<br>Per original schedules 08/23/18 #8, fully exempted. | 100.00 | 0.00 | | 0.00 | FA |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 18-60485 BP | **Trustee:** | Michelle H. Chow |
| **Case Name:** JERRY D. LAZA | **Filed (f) or Converted (c):** | 08/02/18 (f) |
| | **§341(a) Meeting Date:** | 09/07/18 |
| **Period Ending:** 05/14/21 | **Claims Bar Date:** | 11/14/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | FIREARMS - 2 GUNS<br>Per order 08/23/18 #8, fully exempted. | 100.00 | 0.00 | | 0.00 | FA |
| 13 | CLOTHING<br>Per original schedules 08/23/18 #8, fully exempted. | 100.00 | 0.00 | | 0.00 | FA |
| 14 | CHECKING ACCOUNT - FIRST BANK & TRUST<br>Per original schedules 08/23/18 #8, nonexempt bank account Successor Trustee abandons this minimal balance. | 400.00 | 400.00 | | 0.00 | FA |
| 15 | CHECKING ACCOUNT - CITIZENS<br>Per original schedules 08/23/18 #8, nonexempt bank balance Successor Trustee abandons this minimal balance. | 100.00 | 100.00 | | 0.00 | FA |
| 16 | ETRADE ACCOUNT<br>Per Debtor's original schedules 08/23/18 #8, nonexempt trading account; Debtor lists unknown as FMV. | Unknown | 0.00 | | 0.00 | FA |
| 17 | CAUSE OF ACTION - J. LAZA VS. CITY OF PALESTINE<br>Per Debtor's original schedules 08/23/18 #8. James Mosser, Plano attorney for Debtor. Trustee to investigate if this cause of action has value. See asset extent it relates to asset #27 it will be administered/abandoned. | Unknown | 5,000.00 | | 0.00 | FA |
| 18 | MACHINERY & FIXTURES: LAWNMOWERS, PARTS, ETC.<br>Per Debtor's original schedules 08/23/18 #8 'LAWNMOWERS, PARTS, DRILLS, WELDER, TOOLS, DESK, PHONE, COMPUTER'. See also next asset (Bulldozer).<br>Per amended schedules, backhoe added for additional $1,000 | 21,200.00 | 0.00 | | 0.00 | FA |
| 19 | MACHINERY & FIXTURES: CATEPILLAR D9G BULLDOZER<br>Per Debtor's original schedules 08/23/18 #8, $12,460 is exempted.<br>See also asset #17, itemized machinery and fixtures. Creditor relief from stay filed 11/28/18 #41, Order granted 12/17/18 #42. | 35,000.00 | 0.00 | | 0.00 | FA |
| 20 | INTEREST IN PARTNERSHIPS/JVS: PALESTINE ATV & CYCLE<br>Per original schedules 08/23/18 #8. This line item not administered. | 0.00 | 0.00 | | 0.00 | FA |
| 21 | HORSE & 3 GOATS<br>Per Debtor's original schedules 08/23/18 #8, fully exempted. | 700.00 | 0.00 | | 0.00 | FA |

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 3

| Case Number: | 18-60485 BP | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | JERRY D. LAZA | Filed (f) or Converted (c): | 08/02/18 (f) |
| | | §341(a) Meeting Date: | 09/07/18 |
| Period Ending: | 05/14/21 | Claims Bar Date: | 11/14/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | ADVERSARY 18-06007 JASON R. SEARCY, TRUSTEE VS. VEREIN (u)<br>Debtor attempted to transfer property, and Trustee Searcy filed adversary #18-06007 to recover the real property. On 12/12/18 #19, the Court entered a Judgement in favor of the Trustee. The dispute with the CIty of Palestine involves 3 lawsuits which are property of the bankruptcy estate. To the extent this relates to current unscheduled negotiations with the City of Palestine and transfers to Sam Rober, successor trustee will indicate any funds on asset line #27. | 0.00 | 10,000.00 | | 0.00 | FA |
| 23 | 1989 FORD RANGER (u)<br>Per amended schedules 09/18/18 #26, added this vehicle. Not administered. | 500.00 | 0.00 | | 0.00 | FA |
| 24 | 1978 BUCKET TRUCK (u)<br>Per amended schedules 09/18/18 #26, added this truck. Lien by Sam Roeber. | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | 1980 GENERAL WENCH POLE TRUCK (u)<br>Per original schedules 09/18/18 #26, added truck but not administered. | 2,000.00 | 0.00 | | 0.00 | FA |
| 26 | 1978 INTERNATIONAL DUMP TRUCK (u)<br>Per amended schedules 09/18/18 #26, added truck, not administered. | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | SETTLEMENT WITH J. LAZA (u)<br>Per order 08/31/2020 #67, this asset is the compromise settlement with Jerry Laza and approved by the Court (along with City of Palestine) to ultimately monetize any causes of action. Trustee and counsel originally negotiated terms with City of Palestine and Sam Rober (individual property was transferred to). However, a better result for the estate was to file a compromise motion with various terms. Funds deposited to the estate bank account in early 4th quarter 2020. | 0.00 | 260,000.00 | | 260,015.00 | FA |
| | TOTALS (Excluding Unknown Values) | $146,200.00 | $275,500.00 | | $260,015.00 | $0.00 |

**Major activities affecting case closing:**
As of date TFR submitted to UST: 01/26/2021
Since last reporting period, a settlement motion with the city of Palestine was filed on 04/27/2020 #54, but the Debtor objected. After lengthy negotiation and agreement with various parties, a new settlement motion was filed on 08/05/2020 #61. The order was granted on 08/31/2020 #67. The order included a payment from the Debtor and various claims were itemized. After this settlement was granted, the original settlement was withdrawn and a notice of abandonment was filed with the Order granted on 09/30/2020 #77.

As of 03/31/2020 reporting period: In this period, multiple negotiations and terms were exchanged between parties involved in real property transfers in Palestine. Both City of Palestine and Sam Rober are willing to discuss terms, procedures and claims status. Trustee and counsel are discussing implications to bankruptcy estate and potential net equity.

Original Trustee to Successor Trustee (01/30/2019) to 03/31/2019 reporting period: This case originally assigned to Jason Searcy. Successor Trustee Michelle Chow. The Debtor had various business operations, and transferred property which was recovered by Trustee Searcy. While a judgement was granted, underlying asset has not been monetized. A new development was unknown cause of action which could have value; Trustee Chow and counsel Searcy & Searcy to continue to investigate.

Original schedules 08/23/18 #8  $139,700
Amended H 08/24/18 #12 H
Amended schedules 09/06/18 #20 ABC correcting home & lot description (NO CHANGE TO VALUE)
Amended schedule D 09/06/18 #21 D Correcting description of property and nature of liens
Amended schedules 09/18/18 #26 AB adding assets $146,200

Professionals in case:
Debtor's attorney: WIlliam H. Lively, Jr.
Original Trustee: Jason Searcy
Successor Trustee: Michelle Chow
General Counsel for Trustee: Searcy & Searcy (Callan)
Special Counsel for Trustee: Searcy & Search (Callan & Josh)
Counsel for Debtor business: James Mosser
Creditor: City of Palestine: Ron Stuts
Creditor: Southside Bank: Charles Lauffer

**Initial Projected Date of Final Report (TFR):**  December 31, 2022         **Current Projected Date of Final Report (TFR):**  January 26, 2021 (Actual)

_____May 14, 2021_____                                              /s/ Michelle H. Chow_____
            Date                                                                                                Michelle H. Chow

# Form 2
# Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 18-60485 BP | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JERRY D. LAZA | | Bank Name: | Signature Bank |
| | | | Account: | ******8469 - Checking |
| Taxpayer ID#: | **-***5693 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 05/14/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/02/20 | Asset #27 | Jerry Laza | Per order 08/31/2020 #67<br>Settlement Funds paid to the Estate | 1249-000 | 260,015.00 | | 260,015.00 |
| 11/02/20 | | Bank and Technology Fees | Bank and Technology Services Fee | 2600-000 | | 387.89 | 259,627.11 |
| 11/11/20 | 1001 | Searcy & Searcy | Per Order 11/10/2020 #82<br>Trustee attorney fees and expenses | 3210-000 | | 37,700.00 | 221,927.11 |
| 11/11/20 | 1002 | Searcy & Searcy | Per Order 11/10/2020 #82<br>Trustee attorney fees and expenses | 3220-000 | | 221.14 | 221,705.97 |
| 03/19/21 | 1003 | Southside Bank | Dividend of 100.000000000%, Claim No.00001A. | 4210-000 | | 24,113.78 | 197,592.19 |
| 03/19/21 | 1004 | City of Palestine | Dividend of 100.000000000%, Claim No.2A. | 4210-000 | | 1,050.00 | 196,542.19 |
| 03/19/21 | 1005 | Estate of Jason Searcy | Dividend of 100.000000000%. | 2100-000 | | 8,125.75 | 188,416.44 |
| 03/19/21 | 1006 | Michelle Chow | Dividend of 100.000000000%. | 2100-000 | | 8,125.00 | 180,291.44 |
| 03/19/21 | 1007 | Michelle H. Chow | Dividend of 100.000000000%. | 2200-000 | | 252.35 | 180,039.09 |
| 03/19/21 | 1008 | IRS | Dividend of 100.000000000%, Claim No.3. | 5800-000 | | 383.69 | 179,655.40 |
| 03/19/21 | 1009 | Southside Bank | Dividend of 77.854937967%, Claim No.00001B. | 7100-000 | | 47,836.81 | 131,818.59 |
| 03/19/21 | 1010 | City of Palestine | Dividend of 77.854937967%, Claim No.2B. | 7100-000 | | 129,269.25 | 2,549.34 |

# Form 2
# Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-60485 BP | **Trustee:** | Michelle H. Chow | |
| **Case Name:** | JERRY D. LAZA | **Bank Name:** | Signature Bank | |
| | | **Account:** | ******8469 - Checking | |
| **Taxpayer ID#:** | **-***5693 | **Blanket Bond:** | $300,000.00 (per case limit) | |
| **Period Ending:** | 05/14/21 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/21 | 1011 | LVNV Funding, LLC | Dividend of 77.854937967%, Claim No.4. | 7100-000 | | 2,549.34 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 260,015.00 | 260,015.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 260,015.00 | 260,015.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$260,015.00** | **$260,015.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8469** | **260,015.00** | **260,015.00** | **0.00** |
| | **$260,015.00** | **$260,015.00** | **$0.00** |